º

MELTZER v. NEWTON.

This case is controlled by *Meltzer* v. *State Land Office Board,* *ante,* 541.

Appeal from Oakland; Hartrick (George B.), J. Submitted April 9, 1942. (Docket No. 68, Calendar No. 41,930.) Decided May 18, 1942.

Bill by Sam Meltzer and Frederick W. DeMund against F. Homer Newton, Charles H. Newton, and State Land Office Board to quiet title to real estate. Bill dismissed. Plaintiffs appeal. Affirmed.

*Baker & De Mund* (*Carl L. Whitchurch,* of counsel), for plaintiffs.

*Herbert J. Rushton,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Elbern Parsons* and *Daniel J. O'Hara,* Assistants Attorney General, for State Land Office Board.

*Pelton & McGee,* for defendants Newton.

North, J. This is a bill to quiet title; and from a decretal order dismissing the bill of complaint on motion of a defendant, plaintiffs have appealed. Notwithstanding the character of the proceedings is somewhat different and a different parcel of land is involved, the factual background and the legal questions raised are so similar to those in *Meltzer* v. *State Land Office Board, ante,* 541, handed down herewith, that decision therein is decisive of the instant case. For the reasons stated in *Meltzer* v.

*State Land Office Board, supra,* the order dismissing this bill of complaint is affirmed, and no costs are awarded.

CHANDLER, C. J., and BOYLES, STARR, WIEST, BUTZEL, BUSHNELL, and SHARPE, JJ., concurred.